**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| **v.** | |
| **OLENA RADIONOVSKY**<br>**MICHAEL RADIONOVSKY** | **NO. 25-446 - 03**<br>**- 05** |

**O R D E R**

**AND NOW**, this **28th** day of **October, 2026,** upon consideration of Olena Radionovsky's and Michael Radionovsky's Motions to Sever (ECF Nos. 62, 63 (the "Motions")), the Government's response in opposition thereto (ECF No. 67 (the "Response")), Defendant Olena Radionovsky's Response To Court's Order Regarding the Motion to Sever (ECF No. 69 (the "O. Radionovsky Response")), and the Government's Proposed Jury Instructions (ECF No. 75),[1] it is hereby **ORDERED** the Motions are **DENIED**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**

[1] The Response and the Government's Proposed Jury Instructions are filed under seal. The Government's Proposed Jury Instructions also include exhibits containing statements made by co-defendants Marina and Larry Sakson along with the Government's proposed redactions.